**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Monroe Crowner HARROD,
Claimant—Appellant,**

and

**ONE 1993 Cadillac Seville STS; One 1997 Ford Expedition; $20,222.00 U.S. Currency, Defendants.**

No. 03–7293.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 2, 2004.

Decided: June 4, 2004.

Monroe Crowner Harrod, Appellant pro se.

James G. Warwick, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monroe Crowner Harrod appeals the district court's order, entered after a bench trial, forfeiting certain property to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Harrod,* No. CA–02–2816–WDQ (D.Md. July 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*